IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD MONROE MARTIN, ET AL | : | CIVIL ACTION |
| v. | : | |
| CHASE HOME FINANCE, LLC | : | NO. 15-878 |

### O R D E R

**AND NOW, TO WIT:** This 23rd day of December, 2015, it having been reported that the issues among the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** S/Rose A. Barber
Rose A. Barber
Deputy Clerk

Copies sent by ECF to:
Gregory Gorski
Mark Mailman
Robert Warring